IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| ISAAC HUDSON, JR. | § | |
| VS. | § | CIVIL ACTION NO. 1:23-CV-400 |
| TEXAS DEPARTMENT OF CRIMINAL JUSTICE, *et al.*, | § | |

REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

Plaintiff, Isaac Hudson, Jr., a prisoner currently confined at the Clement Units of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against the following defendants: Texas Department of Criminal Justice, City of Orange Police Department, District Attorney Offices, CO IV Jesse Samue, K-9 Officer FNU Baxter, FNU Price, FNU Mason, C. Josey, Assistant Warden FNU Washington, Grievance Department #799 Baylum Bafin, Law Library FNU Alagra, and the Gib Lewis Unit.

The above-styled action was referred to the undersigned magistrate judge pursuant to 28 U.S.C. § 636 and the Amended Order for the Adoption of Local Rules for the Assignment of Duties to the United States Magistrate Judge for findings of fact, conclusions of law, and recommendation for the disposition of the case.

Background

Plaintiff filed this complaint on November 9, 2023 (Doc. # 1). On November 14, 2023, the undersigned ordered the Clerk of Court to mail Plaintiff the form complaint for a prisoner civil rights action pursuant to 42 U.S.C. § 1983 and the *in forma pauperis* application for prisoners (Doc. # 2). The order gave Plaintiff thirty (30) days to re-file his complaint on the form complaint for prisoner civil rights actions and either pay the $402.00 filing fee or submit an application to proceed *in forma pauperis* accompanied with a certified income trust statement for the preceding six month period. To date, Plaintiff has failed to comply with this order and otherwise correspond with the court.

## Discussion

Federal Rule of Civil Procedure 41(b) authorizes a district court to dismiss an action for failure to prosecute or for failure to comply with any court order. *Larson v. Scott*, 157 F.3d 1030, 1031 (5th Cir. 1998). "This authority [under Rule 41(b)] flows from the court's inherent power to control its docket and prevent undue delays in the disposition of pending cases." *Boudwin v. Graystone Ins. Co., Ltd.*, 756 F.2d 399, 401 (5th Cir. 1985) (citing *Link v. Wabash, R.R. Co.*, 370 U.S. 626, 629 (1962)). Plaintiff has failed to resubmit his civil rights action on the form complaint for a prisoner civil rights action and has failed to pay the full filing fee of $402.00 or submit an application to proceed *in forma pauperis* accompanied with a certified income trust statement for the preceding six month period. Plaintiff has also failed to otherwise communicate with the court and has failed to diligently prosecute his case.

## Recommendation

This civil action should be dismissed for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b).

## Objections

Within fourteen (14) days after receipt of the magistrate judge's report, any party may serve and file written objections to the findings of facts, conclusions of law and recommendations of the magistrate judge. 28 U.S.C. § 636(b)(1)(c).

Failure to file written objections to the proposed findings of facts, conclusions of law and recommendations contained within this report within fourteen (14) days after service shall bar an aggrieved party from the entitlement of *de novo* review by the district court of the proposed findings, conclusions and recommendations and from appellate review of factual findings and legal conclusions accepted by the district court except on grounds of plain error. *Douglass v. United*

*Servs. Auto. Ass'n,* 79 F.3d 1415, 1417 (5th Cir. 1996) (en banc); 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72.

SIGNED this 4th day of January, 2024.

                                                            _____
                                                            Zack Hawthorn
                                                            United States Magistrate Judge